| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Rodriguez, Xavier | 2. Court or Organization Western Dist. Of Texas | 3. Date of Report 7/21/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 655 E. Durango Blvd. San Antonio, Texas 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | San Antonio Bar Foundation |
| 2. Partner (1/1/03-8/17/03) | Fulbright & Jaworski L.L.P. |
| 3. Director (1/1/03 - 8/17/03) | San Antonio Area Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED JUL 26 10 59 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Xavier | 7/21/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Fulbright & Jaworski L.L.P. | 265,889 |
| 2. | 2002 | Fulbright & Jaworski L.L.P. — | 84,800 |
| 3. | 2002 | Supreme Court of Texas | 95,210.90 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ *NONE* - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | August 27 & 28, 2003. Speaker - continuing legal education seminar. Lodging, mileage reimbursement, and meal. |
| 2. | Texas Institute of Continuing Legal Education | October 10, 2003. Speaker at continuing legal education program. Airfare. |
| 3. | State Bar of Texas | November 21, 2003. Speaker at continuing legal education seminar. Airfare. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | San Antonio Bar Foundation | Investiture Ceremony | $11,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 7/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity IRA Baron Growth | A | Dividend | J | T | | | | | |
| 2. Fidelity IRA Blue Chip Growth | A | Dividend | K | T | | | | | |
| 3. Fidelity IRA Dividend Growth | A | Dividend | K | T | | | | | |
| 4. Fidelity IRA Equity Income | A | Dividend | K | T | | | | | |
| 5. Fidelity IRA Government Income | A | Dividend | J | T | | | | | |
| 6. Fidelity IRA Low Priced Stock | A | Dividend | J | T | | | | | |
| 7. Fidelity IRA Mid Cap Stock | A | Dividend | K | T | | | | | |
| 8. Fidelity IRA Puritan | A | Dividend | J | T | | | | | |
| 9. Fidelity IRA Intermediate Bond | A | Dividend | L | T | | | | | |
| 10. Fidelity IRA Spartan US Equity Index | A | Dividend | J | T | | | | | |
| 11. Fidelity IRA Oakmark Equity Income | A | Dividend | J | T - | | | | | |
| 12. Fidelity IRA Weitz Value | A | Dividend | K | T | | | | | |
| 13. American Express New Dimension A IRA | A | Dividend | J | T | | | | | |
| 14. American Express Equity Value Fund A IRA | A | Dividend | J | T | | | | | |
| 15. American Express Equity Select Fund IRA | A | Dividend | J | T | | | | | |
| 16. USAA Growth & Tax | A | Dividend | K | T | | | | | |
| 17. USAA Growth | A | Dividend | J | T | | | | | |
| 18. USAA First | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 7/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. USAA First | A | Dividend | J | T | | | | | |
| 20. American Express New Dimensions A | A | Dividend | J | T | | | | | |
| 21. Frost National Bank Market Index | A | Interest | L | T | Buy | 01-02 | K | | |
| 22. American Express Cash Reserve | A | Interest | J | T | | | | | |
| 23. Frost National Bank | A | Interest | K | T | | | | | |
| 24. American Fund - Am.Balanced Fund (ABALX) | A | Dividend | J | T | Buy | 10-27 | J | | |
| 25. American Fund -Am. Balanced Fund (ABALX) | A | Dividend | J | T | Buy | 10-27 | J | | |
| 26. Fulbright Profit Sharing Plan (see Additional Comments) | | | | | forfeited | 08-17 | | | Fulbright & Jaworski L.L.P. |
| 27. Fulbright 401k Plan (see Additional Comments) | | | | | roll over | 08-25 | J | | |
| 28. Fulbright Capital Account (see additional comments) | A | Interest | J | T | liquidation | 08-25 | K | | Fulbright & Jaworski L.L.P. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Xavier | 7/21/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

V. Gifts. Cash donations were made by various sponsors and given to the San Antonio Bar Foundation who planned, received cash gifts, and paid all expenses attributable to my Investiture ceremony. The ceremony was a joint ceremony held along with another new district judge. This amount reflects approximately one-half of monies received by the San Antonio Bar Foundation.

VII. Investments and Trusts: Fulbright Profit Sharing Plan were forfeited to Fulbright & Jaworski L.L.P because I did not vest in the Plan. I was not a member of the Firm for the requisite 12 month vesting period.

Investments and Trusts: Fulbright 401k Plan. All monies in this account were "rolled over" into the Fidelity IRA accounts described in Part VII. During the rollover any monies in Van Kampen Emerging Growth, Dreyfus Appreciation or Fidelity Retirement Money Market were "rolled over" into the Fidelity IRA accounts described in Part VII.

Investments and Trusts: Fulbright Capital Account. This account was partially liquidated in August 2003. Monies received from this partial liquidation were applied to payment of Frost National Bank note reflected in the 2002 Financial Disclosure Report. The final accounting of the Fulbright Capital Account took place in April 2004.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____7-21-04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Rodriguez, Xavier | 2. Court or Organization  Western Dist. Of Texas | 3. Date of Report  5/2/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination,    Date  ● Initial    ○ Annual    ○ Final | 6. Reporting Period  1/1/2003  to  2/17/2004 |
| 7. Chambers or Office Address  655 E. Durango Blvd.  San Antonio, Texas 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | San Antonio Bar Foundation |
| 2. Partner (1/1/03-8/17/03) | Fulbright & Jaworski L.L.P. |
| 3. Director (1/1/03 - 8/17/03) | San Antonio Area Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 11 10 54 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | Fulbright & Jaworski L.L.P. | 265,889 |
| 2. | 2002 | Fulbright & Jaworski L.L.P. | 84,800 |
| 3. | 2002 | Supreme Court of Texas | 95,210.90 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ *NONE* - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ *NONE* - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | State Bar of Texas | August 27 & 28, 2003. Speaker - continuing legal education seminar. Lodging, mileage reimbursement, and meal. |
| 2. | Texas Institute of Continuing Legal Education | October 10, 2003. Speaker at continuing legal education program. Airfare. |
| 3. | State Bar of Texas | November 21, 2003. Speaker at continuing legal education seminar. Airfare. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ *NONE* - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | San Antonio Bar Association | Investiture Ceremony | $11,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ *NONE* - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 5/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity IRA Baron Growth | A | Dividend | J | T | | | | | |
| 2. Fidelity IRA Blue Chip Growth | A | Dividend | K | T | | | | | |
| 3. Fidelity IRA Dividend Growth | A | Dividend | K | T | | | | | |
| 4. Fidelity IRA Equity Income | A | Dividend | K | T | | | | | |
| 5. Fidelity IRA Government Income | A | Dividend | J | T | | | | | |
| 6. Fidelity IRA Low Priced Stock | A | Dividend | J | T | | | | | |
| 7. Fidelity IRA Mid Cap Stock | A | Dividend | K | T | | | | | |
| 8. Fidelity IRA Puritan | A | Dividend | J | T | | | | | |
| 9. Fidelity IRA Intermediate Bond | A | Dividend | L | T | | | | | |
| 10. Fidelity IRA Spartan US Equity Index | A | Dividend | J | T | | | | | |
| 11. Fidelity IRA Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 12. Fidelity IRA Weitz Value | A | Dividend | K | T | | | | | |
| 13. American Express New Dimension A IRA | A | Dividend | J | T | | | | | |
| 14. American Express Equity Value Fund A IRA | A | Dividend | J | T | | | | | |
| 15. American Express Equity Select Fund IRA | A | Dividend | J | T | | | | | |
| 16. USAA Growth & Tax | A | Dividend | K | T | | | | | |
| 17. USAA Growth | A | Dividend | J | T | | | | | |
| 18. USAA First | A | Dividend | J | T | | | | | |



| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 5/2/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. USAA First | A | Dividend | J | T | | | | | |
| 20. American Express New Dimensions A | A | Dividend | J | T | | | | | |
| 21. Frost National Bank Market Index | A | Interest | L | T | | | | | |
| 22. American Express Cash Reserve | A | Interest | J | T | | | | | |
| 23. Frost National Bank | A | Interest | K | T | | | | | |
| 24. American Balanced Fund | A | Dividend | J | T | | | | | |
| 25. American Balanced Fund | A | Dividend | J | T | | | | | |
| 26. Fulbright Profit Sharing Plan (see Additional Comments) | | | | | forfeited | 08-17 | | | Fulbright & Jaworski L.L.P. |
| 27. Fulbright 401k Plan (see Additional Comments) | | | | | roll over | 08-25 | J | | Fidelity IRA |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000.001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

V. Gifts. Cash donations were made by various sponsors and given to the San Antonio Bar Association who planned, received cash gifts, and paid all expenses attributable to my Investiture ceremony. The ceremony was a joint ceremony held along with another new district judge. This amount reflects approximately one-half of monies received by the San Antonio Bar Association.

VII. Investments and Trusts: Fulbright Profit Sharing Plan were forfeited to Fulbright & Jaworski L.L.P because I did not vest in the Plan. I was not a member of the Firm for the requisite 12 month vesting period.

Investments and Trusts: Fulbright 401k Plan. All amounts in this account were "rolled over" into the Fidelity IRA accounts described above.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Xavier | 5/2/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date_____5-3-04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544